■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PANE-PINTO, Appellant.—Motion to dismiss appeal denied and time to perfect appeal enlarged to include term commencing November 30, 1965. Application for assignment of counsel denied. Competent counsel was assigned to the defendant upon his request. Defendant thereafter asked that we remove counsel. Having assigned counsel and having removed him at defendant's request, we feel there is no further obligation to assign counsel.

## (September 23, 1965)

■ LINDOLFO HERNANDEZ, Respondent, v. GERALD F. EZROW, Appellant.—Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: The inordinate delay in applying for permission to serve a supplemental bill of particulars, not satisfactorily explained, requires a reversal of the order. Unless we are prepared to hold that the rule concerning certificates of readiness is meaningless except for very extraordinary and special circumstances not present here, we cannot permit the practice which was indulged in. The accident occurred in June, 1959; issue was joined in July, 1959; the motion for supplemental bill of particulars was not made until almost five years later — all of this, as noted, without any satisfactory explanation. (Appeal from order of Monroe Special Term permitting plaintiff to serve a supplemental bill of particulars.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ In the Matter of MARTIN ALBUM, Respondent, v. LENNARTH ANDERSON, as Chairman of the Zoning Board of Appeals of the City of Rochester, et al., Appellants.— Appeal unanimously dismissed, without costs. Memorandum: No application was made for leave to appeal pursuant to CPLR 5701 (subd. [b], par. 1). (See Matter of American Holding Corp. v. Murdock, 6 A D 2d 596.) (Appeal from order of Monroe Special Term vacating the determination of the Zoning Board denying an application for a variance and remitting to board for further evidence.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ ROBERT H. BELL, Respondent, v. MRS. ROY W. RAGNAR, Appellant.—Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: The moving papers fail to show that any adequate special circumstances existed to justify granting the motion. (Appeal from order of Erie Special Term granting plaintiff's motion to take the deposition of witness David M. Ragnar.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ ALFRED DARCANGELO et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 44634.) — Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: The affidavit submitted by the plaintiffs, which incidentally was made by the attorney and not by the plaintiffs, sets forth no basis for granting the relief requested. (Appeal from an order of Court of Claims granting claimants' motion for leave to file and serve a delayed notice of claim pursuant to subdivision 5 of section 10 of Court of Claims Act.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.